**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JESUS NMN HERNANDEZ DIAZ | CIVIL ACTION NO. 26-2339-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARKWAYNE MULLIN, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jesus NMN Hernandez Diaz's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of September, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE